IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:17cr22-MHT
                            )           (WO)
DENISHA SHANARA ANDERSON    )
```

ORDER

It is ORDERED that defendant's motion to reschedule reporting date (doc. no. 38) is granted, and the judgment (doc. no. 36) is amended to the following extent: defendant Denisha Shanara Anderson is required to surrender to the Bureau of Prisons by 2:00 p.m. on November 28, 2017.

DONE, this the 24th day of October, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE